```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                    JS 6
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569
 9       Facsimile: (213) 894-7177
         E-mail:    victor.rodgers@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
12
                       UNITED STATES DISTRICT COURT
13
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                            WESTERN DIVISION
15
    UNITED STATES OF AMERICA,   )  No. CV 09-2612-DSF(VBKx)
16                              )
              Plaintiff,        )
17                              )
                   v.           )  CONSENT JUDGMENT OF FORFEITURE
18                              )  BETWEEN PLAINTIFF UNITED STATES
    $83,749.00 IN U.S. CURRENCY,)  OF AMERICA AND CLAIMANTS RENEE
19  $73,935.00 IN U.S. CURRENCY,)  BETH EARLE AND OCTAVIO RAYA
    $19,475.00 IN U.S. CURRENCY,)  ORTEGA WITH RESPECT TO THE
20  $15,147.00 IN U.S. CURRENCY,)  DEFENDANT ASSETS CLAIMED BY
    $8,160.00 IN U.S. CURRENCY  )  CLAIMANTS RENEE BETH EARLE AND
21  AND NINE (9) PIECES OF      )  OCTAVIO RAYA ORTEGA IN THIS
    MISCELLANEOUS JEWELRY,      )  CIVIL FORFEITURE PROCEEDING
22                              )
              Defendants.       )  [This Proposed Consent Judgment
23  _____)  Is Not Dispositive Of This
                                )  Entire Action]
24  SERGIO ORTEGA, SR., SOCORRO )
    ORTEGA, SERGIO ORTEGA, JR., )
25  YOLANDA ORTEGA, HECTOR      )
    ORTEGA, RENEE BETH EARLE AND)
26  OCTAVIO RAYA ORTEGA,        )
                                )
27            Claimants.        )
    _____)
28
```

1    On or about April 30, 2009, plaintiff United States of America ("the United States of America") filed a First Amended Complaint for Forfeiture alleging that the defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). The defendants named in the First Amended Complaint are:

(1)  $83,749.00 in U.S. Currency seized on or about November 13, 2007 from an Antioch, California residence;

(2)  $73,935.00 in U.S. Currency seized on or about November 16, 2007 from a vehicle being driven near Main Street and Neroly Road in Oakley, California;

(3)  $19,475.00 in U.S. Currency seized on or about December 1, 2008 at Broken Wheel Bar, 5620 Main Street, Oakley, California);

(4)  $15,147.00 in U.S. Currency seized on or about April 2, 2008 from a vehicle being driven near Highway 24 and Pleasant Hill Road in Lafayette, California;

(5)  $8,160.00 in U.S. Currency seized on or about December 1, 2008 from a Brentwood, California residence; and

(6)  Nine (9) pieces of miscellaneous jewelry (the "Renee Beth Earle/Octavio Raya Ortega claimed defendant jewelry") seized on or about December 1, 2008 from a Brentwood, California residence.

Claimant Sergio Ortega, Jr. filed a claim to defendant $73,935.00 in U.S. Currency on or about June 3, 2009; claimants Sergio Ortega, Sr. and Socorro Ortega filed claims to defendant $19,475.00 in U.S. Currency on or about June 3, 2009; and claimants Hector Raya Ortega and Yolanda Ortega filed claims to defendant $83,749.00 in U.S. Currency on or about June 11, 2009.

Claimants Sergio Ortega, Jr., Sergio Ortega, Sr. and Socorro Ortega answered the First Amended Complaint on or about June 11,

1  2009; and claimants Hector Raya Ortega and Yolanda Ortega answered
2  the First Amended Complaint on or about July 27, 2009.
3       Claimant Renee Beth Earle filed a claim to $3,760.00 out of
4  the defendant $8,160.00 in U.S. Currency and the defendant Renee
5  Beth Earle/Octavio Raya Ortega claimed defendant jewelry on or
6  about June 24, 2009.  Claimant Octavio Raya Ortega filed a claim to
7  defendant $15,147.00 in U.S. Currency, $4,400.00 out of the
8  defendant $8,160.00 in U.S. Currency and the Renee Beth
9  Earle/Octavio Raya Ortega claimed defendant jewelry on or about
10 July 6, 2009.  The $3,760.00 and the defendant Renee Beth
11 Earle/Octavio Raya Ortega claimed defendant jewelry claimed by
12 claimant Renee Beth Earle, and the $15,147.00, $4,400.00 and Renee
13 Beth Earle/Octavio Raya Ortega claimed defendant jewelry claimed by
14 claimant Octavio Raya Ortega are referred to collectively as the
15 "Renee Beth Earle/Octavio Raya Ortega claimed defendants."  In
16 addition, the defendants $15,147.00 in U.S. Currency and $8,160.00
17 in U.S. Currency are referred to collectively as the "Renee Beth
18 Earle/Octavio Raya Ortega claimed defendant currency."
19      No other parties have appeared in this case and the time for
20 filing claims and answers has expired.  Other than claimants Renee
21 Beth Earle and Octavio Raya Ortega, no other parties have filed a
22 claim to the Renee Beth Earle/Octavio Raya Ortega claimed
23 defendants.
24      The United States of America, on the one hand, and claimants
25 Renee Beth Earle and Octavio Raya Ortega, on the other hand, have
26 now agreed to settle this action relative to the disputes between
27 them with respect to the Renee Beth Earle/Octavio Raya Ortega
28 / / /

1 claimed defendants, and to avoid further litigation by entering
2 into this Consent Judgment of Forfeiture.
3     The Court having been duly advised of and having considered
4 the matter, and based upon the mutual consent of the parties
5 hereto,
6     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
7     1.   As between the United States of America, on the one hand,
8 and claimants Renee Beth Earle and Octavio Raya Ortega, on the
9 other hand, this Court has jurisdiction over the subject matter of
10 this action and the parties to this Consent Judgment of Forfeiture
11 with respect to the Renee Beth Earle/Octavio Raya Ortega claimed
12 defendants.
13    2.   As between the United States of America, on the one hand,
14 and claimants Renee Beth Earle and Octavio Raya Ortega, on the
15 other hand, the First Amended Complaint for Forfeiture states a
16 claim for relief pursuant to 21 U.S.C. § 881(a)(6) with respect to
17 the Renee Beth Earle/Octavio Raya Ortega claimed defendants.
18    3.   Notice of this action has been given as required by law.
19 No appearances have been made in this case by any person with
20 respect to the Renee Beth Earle/Octavio Raya Ortega claimed
21 defendants other than by claimants Renee Beth Earle and Octavio
22 Raya Ortega.  The Court deems that all other potential claimants
23 admit the allegations of the First Amended Complaint for Forfeiture
24 to be true with respect to the Renee Beth Earle/Octavio Raya Ortega
25 claimed defendants.
26    4.   The Renee Beth Earle/Octavio Raya Ortega claimed
27 defendant currency (including all interest earned by the United
28 States of America on the defendant Renee Beth Earle/Octavio Raya

Ortega claimed defendant currency) and claimant Renee Beth Earle's interest in the Renee Beth Earle/Octavio Raya Ortega claimed defendant jewelry are hereby condemned and forfeited to the United States of America, which shall dispose of those defendants in accordance with law.

5.   The Renee Beth Earle/Octavio Raya Ortega claimed defendant jewelry shall be returned to claimant Octavio Raya Ortega by making the jewelry items available for pick up by claimant Octavio Raya Ortega within sixty (60) days after this Consent Judgment of Forfeiture is filed.  Claimant Octavio Raya Ortega may be contacted care of his attorney, James Bustamante, Esq., Law Offices of James Bustamante, 809 Montgomery Street, 2nd Floor, San Francisco, CA 94133, Telephone Number (415) 394-3806, Facsimile Number (415) 394-3806.

6.   Claimants Renee Beth Earle and Octavio Raya Ortega, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration, the Federal Bureau of Investigation and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Renee Beth Earle and Octavio Raya Ortega, or either of them.

7. As between the United States of America, on the one hand, and claimants Renee Beth Earle and Octavio Raya Ortega, on the other hand, the Court finds that there was reasonable cause for the seizure of the Renee Beth Earle/Octavio Raya Ortega claimed defendants and institution of these proceedings against those defendants.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America, on the one hand, and claimants Renee Beth Earle and Octavio Raya Ortega, on the other hand, with respect to the Renee Beth Earle/Octavio Raya Ortega claimed defendants.

8. The Court further finds that claimants Renee Beth Earle and Octavio Raya Ortega did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

DATED: 11/17/11

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal of this Consent Judgment of Forfeiture.

DATED: November 17, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: October 27, 2011

ZENIA K. GILG LAW OFFICES


/s/ Zenia K. Gilg
ZENIA K. GILG

Attorneys for Claimant
RENEE BETH EARLE

DATED: November 10, 2011

JAMES A. BUSTAMANTE LAW OFFICES


/s/ James A. Bustamante
JAMES A. BUSTAMANTE

Attorneys for Claimant
OCTAVIA RAYA ORTEGA