```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7        Federal Courthouse, 14th Floor
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-2569            JS 6
 9        Facsimile: (213) 894-7177
          E-mail:    Victor.Rodgers@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 09-2612-DSF(VBKx) |
| Plaintiff, ) | |
| v. ) | **CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES** |
| $83,749.00 IN U.S. CURRENCY, ) $73,935.00 IN U.S. CURRENCY, ) $19,475.00 IN U.S. CURRENCY, ) $15,147.00 IN U.S. CURRENCY, ) $8,160.00 IN U.S. CURRENCY ) AND NINE (9) PIECES OF ) MISCELLANEOUS JEWELRY, ) ) | **OF AMERICA AND CLAIMANTS SERGIO ORTEGA, JR., SERGIO ORTEGA, SR. AND SOCORRO ORTEGA WITH RESPECT TO THE DEFENDANT ASSETS CLAIMED BY CLAIMANTS SERGIO ORTEGA, JR. SERGIO ORTEGA, SR. AND SOCORRO ORTEGA IN THIS CIVIL FORFEITURE PROCEEDING** |
| Defendants. ) | |
| SERGIO ORTEGA, SR., SOCORRO ) ORTEGA, SERGIO ORTEGA, JR., ) YOLANDA ORTEGA, HECTOR ) ORTEGA, RENEE BETH EARLE AND ) OCTAVIO RAYA ORTEGA, ) ) Claimants. ) | |

On or about April 30, 2009, plaintiff United States of America ("the United States of America") filed a First Amended Complaint for Forfeiture alleging that the defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). The defendants named in the First Amended Complaint are:

(1) $83,749.00 in U.S. Currency seized on or about November 13, 2007 from an Antioch, California residence;

(2) $73,935.00 in U.S. Currency seized on or about November 16, 2007 from a vehicle being driven near Main Street and Neroly Road in Oakley, California;

(3) $19,475.00 in U.S. Currency seized on or about December 1, 2008 at Broken Wheel Bar, 5620 Main Street, Oakley, California;

(4) $15,147.00 in U.S. Currency seized on or about April 2, 2008 from a vehicle being driven near Highway 24 and Pleasant Hill Road in Lafayette, California;

(5) $8,160.00 in U.S. Currency seized on or about December 1, 2008 from a Brentwood, California residence; and

(6) Nine (9) pieces of miscellaneous jewelry (the "defendant jewelry") seized on or about December 1, 2008 from a Brentwood, California residence.

Claimant Sergio Ortega, Jr. filed a claim to defendant $73,935.00 in U.S. Currency on or about June 3, 2009; claimants Sergio Ortega, Sr. and Socorro Ortega filed claims to defendant $19,475.00 in U.S. Currency on or about June 3, 2009; claimants Hector Raya Ortega and Yolanda Ortega filed claims to defendant $83,749.00 currency on or about June 11, 2009; claimant Renee Beth Earle filed a claim to $3,760.00 out of the defendant $8,160.00 in U.S. Currency and the defendant jewelry on or about June 24, 2009;

and claimant Octavio Raya Ortega filed a claim to defendant $15,147.00 in U.S. Currency, $4,400.00 out of the defendant $8,160.00 in U.S. Currency and the defendant jewelry on or about July 6, 2009.

Claimants Sergio Ortega, Jr., Sergio Ortega, Sr. and Socorro Ortega answered the First Amended Complaint on or about June 11, 2009; and claimants Hector Raya Ortega and Yolanda Ortega answered the First Amended Complaint on or about July 27, 2009.

No other parties have appeared in this case and the time for filing claims and answers has expired.  Other than claimant Sergio Ortega, Jr., no other parties have filed a claim to the defendant $73,935.00 in U.S. Currency.  Other than claimants Sergio Ortega, Sr. and Socorro Ortega, no other parties have filed a claim to the defendant $19,475.00 in U.S. Currency.

The United States of America, on the one hand, and claimant Sergio Ortega, Jr., on the other hand, have now agreed to settle this action relative to the disputes between them with respect to the defendant $73,935.00 in U.S. Currency, and to avoid further litigation by entering into this Consent Judgment of Forfeiture. In addition, the United States of America, on the one hand, and claimants Sergio Ortega, Sr. and Socorro Ortega, on the other hand, have now agreed to settle this action relative to the disputes between them with respect to the defendant $19,475.00 in U.S. Currency, and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. As between the United States of America, on the one hand, and claimant Sergio Ortega, Jr., on the other hand, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the defendant $73,935.00 in U.S. Currency.

2. As between the United States of America, on the one hand, and claimants Sergio Ortega, Sr. and Socorro Ortega, on the other hand, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the defendant $19,475.00 in U.S. Currency.

3. As between the United States of America, on the one hand, and claimant Sergio Ortega, Jr., on the other hand, the First Amended Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) with respect to the defendant $73,935.00 in U.S. Currency.

4. As between the United States of America, on the one hand, and claimants Sergio Ortega, Sr. and Socorro Ortega, on the other hand, the First Amended Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6) with respect to the defendant $19,475.00 in U.S. Currency.

5. Notice of this action has been given as required by law. No appearances have been made in this case by any person with respect to the defendant $73,935.00 in U.S. Currency and the defendant $19,475.00 in U.S. Currency other than by claimants Sergio Ortega, Jr. (with respect to the defendant $73,935.00 in U.S. Currency) and Sergio Ortega, Sr. and Socorro Ortega (with respect to the defendant $19,475.00 in U.S. Currency). The Court

deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true with respect to the defendant $73,935.00 in U.S. Currency and the defendant $19,475.00 in U.S. Currency.

6.   With respect to the defendant $19,475.00 in U.S. Currency, the sum of $18,125.00 only (plus any interest earned by the United States of America on that sum), shall be returned to claimant Socorro Ortega.  The remainder of the defendant $19,475.00 in U.S. Currency (<u>i.e.</u>, $1,350.00), plus any interest earned by the United States of America on $1,350.00 of the defendant $19,475.00 in U.S. Currency, shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.  The defendant $73,935.00 in U.S. Currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

7.   The funds to be returned to claimant Socorro Ortega pursuant to paragraph 6 above shall be paid to claimant Socorro Ortega by electronic transfer directly into the client trust account of the David M. Michael Law Offices, attorney of record for claimant Socorro Ortega in this case.  Claimant Socorro Ortega (through her attorney of record David M. Michael, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to process the transfer including, without limitation, providing claimant Socorro Ortega's social security number, claimant Socorro Ortega's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for

the David M. Michael client trust account to which the transfer of funds is to be made.

8.   Claimants Sergio Ortega, Jr., Sergio Ortega, Sr. and Socorro Ortega, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration, the Federal Bureau of Investigation and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Sergio Ortega, Jr., Sergio Ortega, Sr. and Socorro Ortega, or any of them.

9.   As between the United States of America, on the one hand, and claimant Sergio Ortega, Jr., on the other hand, the Court finds that there was reasonable cause for the seizure of the defendant $73,935.00 in U.S. Currency and institution of these proceedings against the defendant $73,935.00 in U.S. Currency.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America, on the one hand, and claimant Sergio Ortega, Jr., on the other hand, with respect to the defendant $73,935.00 in U.S. Currency.

10.  As between the United States of America, on the one hand, and claimants Sergio Ortega, Sr. and Socorro Ortega, on the other

hand, the Court finds that there was reasonable cause for the seizure of the defendant $19,475.00 in U.S. Currency and institution of these proceedings against the defendant $19,475.00 in U.S. Currency.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America, on the one hand, and claimants Sergio Ortega, Sr. and Socorro Ortega, on the other hand, with respect to the defendant $19,475.00 in U.S. Currency.

     11.   The Court further finds that claimants Sergio Ortega, Jr., Sergio Ortega, Sr. and Socorro Ortega did not substantially prevail in this action, and each of the parties hereto shall bear its own attorney fees and costs.

DATED: 5/11/12

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: May 10, 2012
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: May 7, 2012
DAVID M. MICHAEL LAW OFFICES


/s/ David M. Michael
DAVID M. MICHAEL

Attorneys for Claimants
SERGIO ORTEGA, SR., SOCORRO ORTEGA and SERGIO ORTEGA, JR.